# SCHEDULE A

## **SCHEDULE A**

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

**SCHEDULE B**

PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

**SCHEDULE C**

LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-9058
Owner: Berta C. Arteaga, et al.
Acres: 0.846

**Being** a 0.846 acre tract (36,848 sq ft) parcel of land, more or less, being out of a called 10.000 acres, calculated as 9.957 acres being Tract 164, Abstract 145, Porcion No. 95, Share 38, in Starr County, Texas conveyed to Berta C. Arteaga ET AL, Volume 1488, Page 258 and Volume 1193, Page 425. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker SR-04 2019, having the following NAD83 (2011) Grid Coordinates N=16623091.61, E=935950.22; Thence S12°02'20"E a distance of 2707.34 feet to a found flat bar at the Northwest corner of the Hilaria Solis Hernandez tract, Volume 1380, Page 224, for the **Point of Commencement**, having the following coordinates: N=16620443.81, E=936514.91.

**Thence:** S03°58'51"W departing said property line, a distance of 1065.63 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9058-1=9059-1, for the **Point of Beginning**, having the following coordinates: N=16619380.76, E=936440.93, said point being on the West line of the Hilaria Solis Hernandez tract, Volume 1380, Page 224 and on the East line of the Berta C. Arteaga ET AL tract, Volume 1488, Page 258 and Volume 1193, Page 425 and on the Northern boundary of the parcel herein described.

**Thence:** S09°17'00"W along said property line, departing said Northern boundary, a distance of 52.44 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9056-4D=9058-2=9059-3 for angle, said point being the Southeast corner of the Berta C. Arteaga ET AL tract, Volume 1488, Page 258 and Volume 1193, Page 425 and the Southwest corner of the Hilaria Solis Hernandez tract, Volume 1380, Page 224 and on the North line of the Rene Martinez Jr. & Rodolfo Martinez tract, Volume 1134, Page 813;

**Thence:** S65°46'04"W along the North line of the Rene Martinez Jr. & Rodolfo Martinez tract, Volume 1134, Page 813 and the South line of the Berta C. Arteaga ET AL tract, Volume 1488, Page 258 and Volume 1193, Page 425, a distance of 494.78 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9056-4C=9057-

## **SCHEDULE C (cont.)**

4=9058-3 for angle, said point being the Southeast corner of the Benito Medeles, Jr. ET AL tract, Volume 570, Page 165 and the Southwest corner of the Berta C. Arteaga ET AL tract, Volume 1488, Page 258 and Volume 1193, Page 425 and on the North line of the Rene Martinez Jr. & Rodolfo Martinez tract, Volume 1134, Page 813;

**Thence:** N09°14'15"E along the East line of the Benito Medeles, Jr. ET Al tract, Volume 570, Page 165 and the West line of the Berta C. Arteaga ET AL tract, Volume 1488, Page 258 and Volume 1193, Page 425, a distance of 126.13 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9057-3=9058-4 for angle, said point being on the Northern boundary of the parcel herein described;

**Thence:** N73°28'45"E departing said property line, along said Northern boundary, a distance of 458.32 feet returning to the **Place of Beginning**.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



Tract: RGV-RGC-9058
Owner: Berta C. Arteaga, et al.
Acreage: 0.846

# SCHEDULE E

## SCHEDULE E

## ESTATE TAKEN

Starr County, Texas

Tract: RGV-RGC-9058
Owner: Berta C. Arteaga, et al.
Acres: 0.846

The estate acquired is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to the mineral interests of third parties; excepting and reserving to the Grantor all interests in minerals and appurtenant rights for the exploration, development, production and removal of said minerals;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

# SCHEDULE F

## **SCHEDULE F**

### ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is FIVE THOUSAND ONE HUNDRED FORTY-TWO DOLLARS AND NO/100 ($5,142.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Melva Lou Jean Geary**<br><br>Helotes, TX<br><br>**Edward T. Moody**<br><br>Brownsville, TX<br><br>**James Moody**<br><br>Houston, TX<br><br>**Hope Moody**<br><br>Buckley, WA<br><br>**Isabel D. Moody** – Life Estate<br><br>Brownsville, TX<br><br>**Mary Lynn East**<br><br>San Antonio, TX | Final Judgment, Document No. 1940-15492, recorded on December 18, 1940, in the Official Public Records of Starr County, Texas.<br><br>Warranty Deed, Document No. 1962-57006, recorded on February 10, 1962, in the Official Public Records of Starr County, Texas.<br><br>Last Will and Testament for the Estate of Maria G. Moody, Document No. 1997-191910, recorded on June 23, 1997, in the Official Public Records of Starr County, Texas.<br><br>Affidavit of Heirship of Edward T. Moody, Sr., deceased, Document No. 1997-25972, recorded on July 28, 1997, in the Official Public Records of Cameron County.<br><br>Judgment Declaring Heirship of the Estate of Viviano Garcia, Jr., Document Nos. 1999-201246 and 2008-274758, Recorded on May 19, 2008, in the Official Public Records of Starr County, Texas.<br><br>Agreed Judgment Declaring Heirship of the Estate of Viviano Garcia, Sr., Document No. 2001-216948, recorded on July 26, 2001, in the Official Public Records of Starr County. |

|  | Executors' Deed of Distribution, Document No. 2006-257544, recorded on July 3, 2006, in the Official Public Records of Starr County, Texas. |
|---|---|
| **Daniel Garcia**<br><br>San Benito, TX<br><br>**Abel Garcia**<br><br>San Benito, TX<br><br>**Roberto Garcia**<br><br>San Benito, TX<br><br>**Jose H. de la Rosa** – Life Estate<br><br>San Antonio, TX<br><br>**Toby de la Rosa**<br><br>Dallas, TX<br><br>**Ramie D. Arenivas**<br><br>Schertz, TX<br><br>**Maria Luz Perez**<br><br>San Benito, TX<br><br>**Luis Garcia**<br><br>Brownsville, TX | Last Will and Testament for the Estate of Miguel Garcia, Document No. 1997-193068, recorded on September 9, 1997, in the Official Public Records of Starr County, Texas.<br><br><br>Affidavit of Heirship of Aurora De la Rosa, deceased, Document No. 20240060472, recorded on April 4, 2024, in Bexar County, Texas. |
| **Enrique Garcia, Jr.**<br><br>Brownsville, TX | Affidavit of Heirship of Enrique J. Garcia, deceased, Document No. 2004-027991, recorded on May 19, 2004, in the Official Public Records of Cameron County, Texas. |

| | |
|---|---|
| **Homero A. Garcia**<br><br>La Feria, TX<br><br>**Jose Garcia**<br><br>San Benito, TX<br><br>**Maricela Garcia Longoria**<br><br>Brownsville, TX<br><br>**Leticia L. Garcia**<br><br>Harlingen, TX | Last Will and Testament of Luis Garcia, Document No. 2007-269169, recorded on August 30, 2007, in the Official Public Records of Cameron County, Texas.<br><br>Last Will and Testament of Maria Elena Garcia, Document No. 2011-317269, recorded on May 12, 2011, in the Official Public Records of Cameron County, Texas.<br><br>Distribution Deed, Document No. 2014-317268, recorded on April 14, 2014, in the Official Public Records of Starr County, Texas.<br><br>Gift Deed, Document No. 2016-332253, recorded on October 5, 2016, in the Official Public Records of Starr County, Texas. |
| **Ricardo Garcia**<br><br>Hot Springs, AR | Gift Deed, Document No. 2016-332896, recorded on November 10, 2016, in the Official Public Records of Starr County, Texas. |
| **Berta C. Arteaga**<br><br>Brownsville, TX<br><br>**Jaime Castillo**<br><br>San Benito, TX<br><br>**Cecilia Castillo**<br><br>Brownsville, TX<br><br>**Rolando Castillo**<br><br>Round Rock, TX<br><br>**Emilio Castillo**<br><br>San Benito, TX | Last Will and Testament of Guadalupe Garcia, Document No. 2008-274630, recorded on May 12, 2008, in the Official Public Records of Starr County, Texas.<br><br>Warranty Deed, Document No. 2008-274756, recorded on May 19, 2008, in the Official Public Records of Starr County, Texas.<br><br>Warranty Deed, Document No. 2016-331889, recorded on September 12, 2016, in the Official Public Records of Starr County, Texas.<br><br>Affidavit of Death of Cristina Garcia Castillo, Document No. 2017-335759, recorded on April 26, 2017, in the Official Public Records of Starr County, Texas. |

| | |
|---|---|
| **Ameida Salinas**<br>**Starr County Tax Assessor-Collector**<br>100 N. FM 3167<br>Room 201<br>Rio Grande City, Texas 78582 | Tax Authority Account Nos.: 8411, 85087, 85088, 85089, 85091, 95529, 95530, 95531, 95532, 998432, 1003219, 996063 |